UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>        Plaintiff,<br><br>   v.<br><br>QUIK STOP MARKETS INCORPORATED, as an entity, and doing business as "Quick Stop #6083," DENNIS W. LEWIS, and DOES 1-10, inclusive,<br><br>        Defendants. | NO. CIV. 1:15-01336 WBS MJS<br><br>ORDER SETTING EARLY SETTLEMENT CONFERENCE AND STAY |

----oo0oo----

The court has determined that this case is appropriate for an early settlement conference before the assigned magistrate judge. The parties shall contact the assigned magistrate judge's courtroom deputy no later than March 1, 2016, by phone or email to schedule an early settlement conference. The early settlement conference shall be conducted no later than April 1, 2016. Contact information for the assigned magistrate judge is available at www.caed.uscourts.gov under the "Judges" tab.

Each party is ordered to have a principal with full settlement authority present at the conference or be fully

1

1  authorized to settle the matter on any terms.  No later than
2  seven days before the date of the settlement conference, counsel
3  for each party shall submit a confidential Settlement Conference
4  Statement to the settlement judge.  Such statements shall not be
5  filed, but shall be emailed to MJSorders@caed.uscourts.gov.  Upon
6  emailing the Settlement Conference Statement, each party shall e-
7  file a one page document entitled "Notice of Submission of
8  Confidential Settlement Conference Statement."
9        No later than seven days before the date of the early
10 settlement conference, counsel for each party shall file a waiver
11 of disqualification of the assigned magistrate judge pursuant to
12 Local Rule 270(b).  Absent the filing of a waiver of
13 disqualification by each party, the settlement conference will be
14 vacated and reassigned to another magistrate judge.
15        To avoid the unnecessary expenditure of costs and
16 attorneys' fees, this action is hereby stayed pending conclusion
17 of the early settlement conference.  No later than five days
18 after the settlement conference, the parties shall file a joint
19 statement indicating whether a settlement was reached.
20        The court hereby resets the Status (Pretrial
21 Scheduling) Conference for May 9, 2016 at 1:30pm.  If a
22 settlement is not reached at the early settlement conference, the
23 parties shall submit an Amended Joint Status Report no later than
24 April 25, 2016.
25        IT IS SO ORDERED.
26 Dated:  February 9, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE