DANIEL MALAKAUSKAS, Cal. Bar No. 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866.790.2242
Facsimile:  888.802.2440
Email: daniel@malakauskas.com

Attorneys for Plaintiff CYNTHIA HOPSON

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant, QUIK STOP MARKETS INCORPORATED

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>        Plaintiff,<br><br>   v.<br><br>QUIK STOP MARKETS INCORPORATED, as an entity, and doing business as "Quik Stop #6083", DENNIS W. LEWIS, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 1:15-cv-01336-WBS-MJS<br>Hon. Judge William B. Shubb<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER GRANTING THEREOF**<br><br>[Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed, **WITH PREJUDICE,** in its entirety, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fee's in connection with the

lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated:  June 20, 2016

                DANIEL MALAKAUSKAS

        By      */s/ Daniel Malakauskas*
                DANIEL MALAKAUSKAS
                Attorneys for Plaintiff,
                CYNTHIA HOPSON

Dated:  June 20, 2016

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By      */s/ Michael J. Chilleen*
                GREGORY F. HURLEY
                MICHAEL J. CHILLEEN
                Attorneys for Defendant,
                QUIK STOP MARKETS INCORPORATED

# ORDER

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed, **WITH PREJUDICE,** in its entirety, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated:  June 20, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE